UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SOUTHWEST AIRLINES CO. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | Court No. 1:22-cv-00141-GSK<br>Before: Hon. Gary S. Katzmann |

## FIRST STIPULATION OF FACTS

Plaintiff Southwest Airlines Co. ("Southwest") and Defendant agree to this First Stipulation of Facts pursuant to the General Terms and Definitions stated herein.

### Definitions

1.  "CBP" means U.S. Customs and Border Protection.

2.  "Fee" means the Customs Passenger Processing Fee described and governed by, *inter alia*, 19 U.S.C. § 58c(a)(5)(A) and 19 C.F.R. § 24.22(g).

3.  "Audit Period" means the period from July 1, 2014, through June 30, 2017.

### Stipulations

The parties hereby stipulate to the following facts:

1.  Southwest is an operator of commercial passenger aircraft.

2.  CBP is responsible for certain customs services within the United States. Such customs services include inspection services in connection with the arrival of passengers into the United States aboard commercial aircraft from a place outside the United States.

3.  Congress imposes a user fee – *i.e.*, the Fee – that is remitted to CBP for the provision of customs services for the arrival of passengers into the United States aboard

- 1 -

commercial aircraft from a place outside the United States. This Fee is generally governed by 19 U.S.C. § 58c(a)(5), (d) and 19 C.F.R. § 24.22(g).

4. As an operator of commercial passenger aircraft, Southwest is obligated to collect and remit the Fee to CBP for each customer not otherwise exempted and ticketed for arrival in the United States on one of Southwest's international flights. 19 U.S.C. § 58c(d)(1), (d)(3); 19 C.F.R. § 24.22(g)(3)-(5).

5. On or about September 18-22, 2017, CBP audited Southwest's Fee compliance (and compliance with two other passenger user fees not at issue in this case: (1) the immigration user fee administered by CBP and governed by 8 U.S.C. § 1356 and 8 C.F.R. §§ 286.1-286.9, and (2) the "AQI user fee" administered by the Animal and Plant Health Inspection Service of the U.S. Department of Agriculture and governed by 21 U.S.C. § 136a and 7 C.F.R. § 354.3(f)[1]). That audit is referred to herein as the "Audit."

6. As relevant to this case, the Audit covers the Audit Period from July 1, 2014, through June 30, 2017 (although the Audit also covered other periods as to unrelated issues).

7. On November 12, 2019, Defendant issued a "User Fee Audit Report" resulting from the Audit, a true and correct copy of which can be found at ECF No. 14-1, ECF pages 14-48.

8. In the relevant portion of the Audit, Defendant used a sampling methodology by reviewing 100 "nonrefundable" tickets from a pool of tickets identified by Southwest as cancelled and thus where the customer never flew on a plane. Those 100 tickets are referred to herein as the "Audit Sample."

---

[1] Although Southwest also challenges the Government's assessments of those two fees, jurisdiction over such disputes does not lie in this Court.

9. For 88 of the 100 tickets in the Audit Sample, Southwest issued the individual in whose name the ticket was issued a Residual Travel Fund ("RTF") for the cancelled ticket. RTFs are governed by Southwest's Contract of Carriage, which refers to an RTF as a "Travel Credit." For these 88 tickets, Southwest converted the fare (including airfare, tax, and user fees) paid for "nonrefundable" tickets into an RTF. During all relevant times, Section 4.c,(3) of Southwest's Contract of Carriage stated:

(3) Nonrefundable Tickets.

   (i) General. The fare paid for unused travel by Passengers who purchase restricted, nonrefundable Tickets are not eligible for refunds, except as provided in this Section and Section 9b. Taxes, security fees, and Passenger Facility Charges associated with a nonrefundable fare are also not eligible for refund except as required by applicable regulations.

   (ii) Travel Credit. Unless otherwise stated by Carrier, the fare paid for unused nonrefundable Tickets, including taxes, security fees, and Passenger Facility Charges, may be applied toward the purchase of future travel on Carrier for the originally ticketed Passenger only. The new Ticket may be more or less expensive or subject to different terms, conditions, or restrictions from the original Ticket. If the fare is lower, travel credit will be issued for the difference. No cash refund or credit card adjustments will be made for nonrefundable Tickets.

   (iii) Travel Credit Eligibility. The expiration date of any travel credit will apply to any Tickets purchased with these funds. If a Ticket is purchased with multiple travel credits, the earliest expiration date will apply to the entire Ticket.

   (iv) Travel Credit Forfeiture. Should a Passenger fail to apply the nonrefundable Ticket or travel credit toward the purchase of future travel within the eligibility period, the entire amount of the fare, including all taxes, security fees, and Passenger Facility Charges, will be forfeited.

10. An RTF is a monetary credit the full amount of which (*i.e.*, without penalty or fee) can be used to purchase future travel on Southwest and can be used for the airfare, tax, and user fee components of such travel. Each RTF issued in exchange for the aforementioned 88 cancelled tickets was issued in the amount of money the customer paid for the ticket (including

airfare, taxes, and user fees such as the Fee) and had a specified "eligibility period," *i.e.*, expiration date, which was generally one year from the date the cancelled ticket was purchased. An RTF is a liability of Southwest and is recorded as a liability in Southwest's books and records. The aforementioned 88 tickets in the Audit Sample that were cancelled and for which Southwest issued an RTF pursuant to the Contract of Carriage provisions listed in the previous paragraph are listed on Exhibit A hereto and are referred to herein as the "Cancelled Tickets For Which RTFs Were Issued."

11.     For the remaining 12 of the 100 tickets in the Audit Sample (*i.e.*, the Audit Sample tickets that are not Cancelled Tickets For Which RTFs Were Issued), Southwest refunded the entire amount originally paid for the ticket (including the amount originally paid as airfare, taxes, and user fees such as the Fee) to the purchaser's credit card.

12.     RTFs issued for 21 of the 88 Cancelled Tickets For Which RTFs Were Issued eventually expired completely unused. The 21 tickets for which those RTFs were issued are listed in Exhibit B hereto and are referred to herein as the "Cancelled Tickets For Which RTFs Were Issued And Later Expired."

13.     Because the tickets were cancelled, no individual flew on a plane in connection with any of the 21 Cancelled Tickets For Which RTFs Were Issued And Later Expired.

14.     Once a ticket in the Audit Sample was cancelled and Southwest either refunded the amount paid for the ticket to the purchaser's credit card or issued the RTF to the individual in whose name the ticket was issued, Southwest claimed a credit for the amount of the Fee on a future Fee remittance to CBP if Southwest had previously remitted such amount to CBP. If Southwest had not already remitted the amount of the Fee to CBP at the time one of the tickets in

the Audit Sample was cancelled, Southwest did not include such amount in future Fee remittances to CBP.

15. Upon expiration of an RTF issued for one of the Cancelled Tickets For Which RTFs Were Issued And Later Expired, Southwest retained the funds the customer originally paid (including the amount originally paid as airfare, taxes, and user fees such as the Fee). Upon expiration of the RTF, Southwest removed the liability for the RTF from its books and records and accounted for the total amount of the expired RTF as revenue in Southwest's books and records.

16. In the Audit, CBP found there to be 21 "error" tickets out of the 100 tickets in the Audit Sample. Specifically, in the Audit, CBP found that the 21 Cancelled Tickets For Which RTFs Were Issued And Later Expired were "errors" because they involved instances where no cash refund or credit card adjustment was provided to the customer and "the passenger did not use the non-refundable purchased ticket and was issued an RTF by Southwest that went unused and eventually expired." In the Audit, CBP extrapolated the 21 Cancelled Tickets For Which RTFs Were Issued And Later Expired over Southwest's Fee remittances to compute an underpayment of $378,118.13 (the "Underpayment") attributable to the Cancelled Tickets For Which RTFs Were Issued And Later Expired. For the remaining 67 Cancelled Tickets For Which RTFs Were Issued, the customer wholly or partially used the RTF. CBP did not identify as "errors" any of those 67 tickets. CBP did not identify as "errors" any tickets other than the 21 Cancelled Tickets For Which RTFs Were Issued And Later Expired.

17. Separately, in the Audit, CBP also determined that Southwest had over-remitted $6.50 in Fees associated with a different category of tickets.

18. By letter dated November 20, 2019, CBP issued a liability assessment against Southwest based on the Audit. A true and correct copy of that letter (not including the Audit Report which was an enclosure thereto) can be found at ECF No. 14-1, ECF pages 12-13. As to the Fee, Defendant's letter of November 20, 2019, claimed that Southwest had a liability due to CBP of $378,081.76. That amount represents the $378,088.26 Underpayment associated with the Cancelled Tickets For Which RTFs Were Issued And Later Expired, minus the $6.50 over-remittance associated with an unrelated issue. Thus, the entire assessed liability for the Underpayment was based only upon instances where an RTF expired completely unused by a customer.

19. On January 6, 2020, Southwest paid the $378,081.76 to CBP under protest.

20. On February 18, 2020, CBP assessed Southwest $66,585.13 in interest on the $378,081.76.

21. On March 4, 2020, Southwest paid the $66,585.13 interest assessment under protest.

22. On May 13, 2020, in Protest Number 9900-2020-100001 (the "Protest"), Southwest timely protested the CBP's assessment of the $378,088.26 Underpayment principal amount and $66,585.13 in interest and sought a refund of those amounts.

23. A true and correct copy of the Protest can be found at ECF No. 14-1, ECF pages 1-127.

24. On November 9, 2021, CBP denied the Protest.

25. A true and correct copy of CBP's decision denying the Protest (including the second, but not the first, enclosure thereto) can be found at ECF No. 14-1, ECF pages 128-132.

The first enclosure to CBP's decision denying the Protest is a copy of the Protest which, again, can be found at ECF No. 14-1, ECF pages 1-127.

Date: May 22, 2023

 /s/ Adam P. Feinberg
Adam P. Feinberg
Richard A. Mojica
Miller & Chevalier Chartered
900 16th Street NW
Washington, DC 20006
Phone: (202) 626-5800
Fax: (202) 626-5801
Email: afeinberg@milchev.com
           rmojica@milchev.com

*Counsel for Plaintiff Southwest Airlines Co.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER    5/22/2023
Attorney In Charge
International Trade Field Office

GUY R. EDDON    5/22/2023
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9232 or 9230

*Counsel for Defendant United States*

Exhibit A

| Audit Item Number | Ticket Number | Ticket Issue Date | Ticket Cancellation Date and RTF Issue Date | Fee Amount Originally Collected When Ticket Issued |
|---|---|---|---|---|
| 2 | 8500158647 | 7/1/2014 | 7/1/2014 | $5.50 |
| 3 | 8500173665 | 7/7/2014 | 9/15/2014 | $5.50 |
| 4 | 8500175447 | 7/8/2014 | 8/18/2014 | $5.50 |
| 5 | 8500369691 | 9/12/2014 | 12/30/2014 | $5.50 |
| 6 | 8500378474 | 9/15/2014 | 11/1/2014 | $5.50 |
| 7 | 8500553655 | 11/5/2014 | 12/29/2014 | $5.50 |
| 8 | 8500609143 | 11/19/2014 | 11/19/2014 | $5.50 |
| 9 | 8500371810 | 9/13/2014 | 1/10/2015 | $5.50 |
| 10 | 8500780634 | 12/30/2014 | 1/23/2015 | $5.50 |
| 11 | 8500448155 | 10/8/2014 | 2/3/2015 | $5.50 |
| 12 | 8500501810 | 10/23/2014 | 2/20/2015 | $5.50 |
| 13 | 8500876042 | 1/16/2015 | 3/12/2015 | $5.50 |
| 14 | 8501249353 | 3/20/2015 | 4/1/2015 | $5.50 |
| 15 | 8501224235 | 3/16/2015 | 4/8/2015 | $5.50 |
| 16 | 8500966157 | 1/31/2015 | 4/18/2015 | $5.50 |
| 17 | 8501454633 | 4/30/2015 | 5/15/2015 | $5.50 |
| 18 | 8500985265 | 2/3/2015 | 5/28/2015 | $5.50 |
| 19 | 8501368917 | 4/12/2015 | 6/2/2015 | $5.50 |
| 20 | 8501407232 | 4/20/2015 | 6/3/2015 | $5.50 |
| 21 | 8501645507 | 6/3/2015 | 6/3/2015 | $5.50 |

| Audit Item Number | Ticket Number | Ticket Issue Date | Ticket Cancellation Date and RTF Issue Date | Fee Amount Originally Collected When Ticket Issued |
|---|---|---|---|---|
| 22 | 8501661851 | 6/7/2015 | 6/7/2015 | $5.50 |
| 23 | 8501647171 | 6/11/2015 | 6/11/2015 | $5.50 |
| 24 | 8501437526 | 4/27/2015 | 8/29/2015 | $5.50 |
| 25 | 8502011391 | 8/8/2015 | 9/17/2015 | $5.50 |
| 26 | 8502234289 | 9/18/2015 | 9/29/2015 | $5.50 |
| 27 | 8501667752 | 6/6/2015 | 10/29/2015 | $5.50 |
| 28 | 8502422106 | 10/23/2015 | 11/2/2015 | $5.50 |
| 29 | 8501834610 | 7/8/2015 | 11/27/2015 | $5.50 |
| 30 | 8502489723 | 11/3/2015 | 11/27/2015 | $5.50 |
| 31 | 8502608355 | 12/1/2015 | 12/3/2015 | $5.50 |
| 32 | 8501657071 | 6/4/2015 | 12/5/2015 | $5.50 |
| 33 | 8501889873 | 7/18/2015 | 12/8/2015 | $5.50 |
| 34 | 8502438619 | 10/26/2015 | 12/9/2015 | $5.50 |
| 35 | 8502127699 | 8/29/2015 | 12/23/2015 | $5.50 |
| 36 | 8502733895 | 12/18/2015 | 1/5/2016 | $5.50 |
| 37 | 8501904714 | 7/21/2015 | 1/6/2016 | $5.50 |
| 39 | 8502952937 | 1/19/2016 | 2/12/2016 | $5.50 |
| 40 | 8503175169 | 2/18/2016 | 2/18/2016 | $5.50 |
| 41 | 8502028738 | 8/15/2015 | 2/25/2016 | $5.50 |
| 42 | 8502115380 | 8/27/2015 | 2/27/2016 | $5.50 |
| 44 | 8502644507 | 12/2/2015 | 3/16/2016 | $5.50 |

| Audit Item Number | Ticket Number | Ticket Issue Date | Ticket Cancellation Date and RTF Issue Date | Fee Amount Originally Collected When Ticket Issued |
|---|---|---|---|---|
| 45 | 8503005471 | 1/28/2016 | 3/18/2016 | $5.50 |
| 46 | 8502677663 | 12/10/2015 | 3/25/2016 | $5.50 |
| 49 | 8503522416 | 4/4/2016 | 4/4/2016 | $5.50 |
| 50 | 8503507779 | 4/2/2016 | 4/7/2016 | $5.50 |
| 51 | 8502880759 | 1/13/2016 | 4/25/2016 | $5.50 |
| 52 | 8503695050 | 5/10/2016 | 5/17/2016 | $5.50 |
| 54 | 8503470979 | 3/28/2016 | 6/3/2016 | $5.50 |
| 55 | 8503583816 | 4/12/2016 | 6/4/2016 | $5.50 |
| 56 | 8503493665 | 3/31/2016 | 6/17/2016 | $5.50 |
| 57 | 8502755259 | 2/3/2016 | 7/14/2016 | $5.50 |
| 58 | 8504070531 | 6/21/2016 | 7/28/2016 | $5.50 |
| 59 | 8503901310 | 5/28/2016 | 8/2/2016 | $5.50 |
| 61 | 8503997564 | 6/9/2016 | 8/3/2016 | $5.50 |
| 62 | 8504409283 | 8/10/2016 | 8/20/2016 | $5.50 |
| 63 | 8504375646 | 8/6/2016 | 9/2/2016 | $5.50 |
| 64 | 8504654965 | 9/1/2016 | 9/3/2016 | $5.50 |
| 66 | 8504460038 | 8/16/2016 | 10/10/2016 | $5.50 |
| 67 | 8504114615 | 6/28/2016 | 10/28/2016 | $5.50 |
| 68 | 8504265100 | 7/21/2016 | 11/2/2016 | $5.50 |
| 69 | 8504976322 | 10/13/2016 | 11/4/2016 | $5.50 |
| 71 | 8505325935 | 12/9/2016 | 12/13/2016 | $5.50 |

| Audit Item Number | Ticket Number | Ticket Issue Date | Ticket Cancellation Date and RTF Issue Date | Fee Amount Originally Collected When Ticket Issued |
|---|---|---|---|---|
| 72 | 8505220226 | 11/23/2016 | 12/15/2016 | $5.50 |
| 74 | 8505140650 | 11/6/2016 | 1/9/2017 | $5.50 |
| 75 | 8505531099 | 12/21/2016 | 1/9/2017 | $5.50 |
| 76 | 8504353690 | 8/4/2016 | 1/12/2017 | $5.50 |
| 77 | 8505767597 | 1/5/2017 | 1/25/2017 | $5.50 |
| 78 | 8506780616 | 1/24/2017 | 1/30/2017 | $5.50 |
| 79 | 8505291064 | 11/30/2016 | 2/6/2017 | $5.50 |
| 80 | 8507932831 | 2/17/2017 | 2/20/2017 | $5.50 |
| 81 | 8505020741 | 10/19/2016 | 2/24/2017 | $5.50 |
| 82 | 8507505157 | 2/8/2017 | 2/27/2017 | $5.50 |
| 83 | 8507196841 | 2/3/2017 | 3/10/2017 | $5.50 |
| 84 | 8507511838 | 2/9/2017 | 3/10/2017 | $5.50 |
| 85 | 8509434305 | 3/6/2017 | 3/14/2017 | $5.50 |
| 87 | 8507919950 | 2/16/2017 | 3/29/2017 | $5.50 |
| 88 | 8512795267 | 4/1/2017 | 4/1/2017 | $5.50 |
| 89 | 8509691886 | 3/8/2017 | 4/4/2017 | $5.50 |
| 91 | 8511434822 | 3/23/2017 | 4/17/2017 | $5.50 |
| 92 | 8511924738 | 3/27/2017 | 4/21/2017 | $5.50 |
| 93 | 8510851668 | 3/20/2017 | 4/25/2017 | $5.50 |
| 94 | 8511874712 | 3/26/2017 | 4/30/2017 | $5.50 |
| 95 | 8518719768 | 5/1/2017 | 5/3/2017 | $5.50 |

| Audit Item Number | Ticket Number | Ticket Issue Date | Ticket Cancellation Date and RTF Issue Date | Fee Amount Originally Collected When Ticket Issued |
|---|---|---|---|---|
| 96 | 8517427084 | 4/25/2017 | 5/4/2017 | $5.50 |
| 97 | 8509896775 | 3/10/2017 | 5/28/2017 | $5.50 |
| 98 | 8505440176 | 12/12/2016 | 5/29/2017 | $5.50 |
| 99 | 8508851385 | 2/28/2017 | 6/11/2017 | $5.50 |
| 100 | 8527907149 | 5/31/2017 | 6/13/2017 | $5.50 |

## Exhibit B

| Audit Item Number | Ticket Number | Ticket Issue Date | Ticket Cancellation Date and RTF Issue Date | Fee Amount Originally Collected When Ticket Issued | RTF Expiration Date |
|---|---|---|---|---|---|
| 9 | 8500371810 | 9/13/2014 | 1/10/2015 | $5.50 | 9/13/2015 |
| 10 | 8500780634 | 12/30/2014 | 1/23/2015 | $5.50 | 12/30/2015 |
| 12 | 8500501810 | 10/23/2014 | 2/20/2015 | $5.50 | 10/23/2015 |
| 15 | 8501224235 | 3/16/2015 | 4/8/2015 | $5.50 | 3/15/2016 |
| 17 | 8501454633 | 4/30/2015 | 5/15/2015 | $5.50 | 4/30/2016 |
| 19 | 8501368917 | 4/12/2015 | 6/2/2015 | $5.50 | 4/11/2016 |
| 21 | 8501645507 | 6/3/2015 | 6/3/2015 | $5.50 | 6/2/2016 |
| 30 | 8502489723 | 11/3/2015 | 11/27/2015 | $5.50 | 11/2/2016 |
| 41 | 8502028738 | 8/15/2015 | 2/25/2016 | $5.50 | 8/14/2016 |
| 42 | 8502115380 | 8/27/2015 | 2/27/2016 | $5.50 | 8/26/2016 |
| 59 | 8503901310 | 5/28/2016 | 8/2/2016 | $5.50 | 5/28/2017 |
| 62 | 8504409283 | 8/10/2016 | 8/20/2016 | $5.50 | 8/8/2017 |
| 67 | 8504114615 | 6/28/2016 | 10/28/2016 | $5.50 | 4/26/2017 |
| 69 | 8504976322 | 10/13/2016 | 11/4/2016 | $5.50 | 10/13/2017 |
| 71 | 8505325935 | 12/9/2016 | 12/13/2016 | $5.50 | 11/21/2017 |
| 79 | 8505291064 | 11/30/2016 | 2/6/2017 | $5.50 | 11/30/2017 |
| 82 | 8507505157 | 2/8/2017 | 2/27/2017 | $5.50 | 2/9/2018 |
| 84 | 8507511838 | 2/9/2017 | 3/10/2017 | $5.50 | 2/9/2018 |
| 96 | 8517427084 | 4/25/2017 | 5/4/2017 | $5.50 | 4/26/2018 |

| Audit Item Number | Ticket Number | Ticket Issue Date | Ticket Cancellation Date and RTF Issue Date | Fee Amount Originally Collected When Ticket Issued | RTF Expiration Date |
|---|---|---|---|---|---|
| 98 | 8505440176 | 12/12/2016 | 5/29/2017 | $5.50 | 10/4/2017 |
| 100 | 8527907149 | 5/31/2017 | 6/13/2017 | $5.50 | 5/30/2018 |