UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SOUTHWEST AIRLINES CO., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Gary S. Katzmann, Judge <br> Court No. 22-00141 |

## JUDGMENT

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now, in conformity with that opinion, it is hereby

**ORDERED** that Plaintiff Southwest Airlines Co.'s motion for summary judgment is **GRANTED**; and it is further;

**ORDERED** that Defendant the United States' cross-motion for summary judgment is **DENIED**; and it is further;

**ORDERED** that judgment is entered for Plaintiff; it is further

**ORDERED** that Defendant refund to Plaintiff $444,673.39 together with any interest allowed by law.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/  Gary S. Katzmann
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gary S. Katzmann, Judge

Dated: March 18, 2025
　　　　New York, New York