UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. GARY S. KATZMANN, JUDGE

| | |
|---|---|
| SOUTHWEST AIRLINES CO., | : |
| Plaintiff, | : |
| v. | : Court No. 22-00141 |
| UNITED STATES, | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that the United States, defendant in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Opinion (Slip Op. 25-26) and final judgment entered on March 18, 2025.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Guy Eddon
GUY EDDON
Senior Trial Attorney
Civil Division, Dept. of Justice
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza, Room 346
New York, New York 10278
Tel. No. 212-264-9240 or 9230
*Attorneys for Defendant*

Dated: May 15, 2025